**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

**PAKENAUTH GEER,**

                     **Plaintiff,**                            **9:15-cv-952
                                                                             (GLS/ATB)**

                           **v.**

**OFFICER CHAPMAN *et al.*,**

                     **Defendants.**
_____

**APPEARANCES:**                           **OF COUNSEL:**

**FOR THE PLAINTIFF:**

PAKENAUTH GEER
05-A-1952
BUFFALO FEDERAL DETENTION FACILITY
4250 Federal Drive
Batavia, New York 14020

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN      MICHAEL G. MCCARTIN
New York State Attorney General      Assistant Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe
Senior District Judge**

## ORDER

    The above-captioned matter comes to this court following an Report-

Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on

September 26, 2016. (Dkt. No. 32.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 32) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 23) be **GRANTED**; and it is further

**ORDERED** that the plaintiff's amended complaint, (Dkt. No. 6), is **DISMISSED IN ITS ENTIRETY**; and it is further

**ORDERED** that the Clerk is directed to close the case; and it is further

**ORDERED** that the clerk of the court serve a copy of this order upon the parties in accordance with this court's Local Rules.

**IT IS SO ORDERED.**

October 18, 2016
Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge